**Appeal Dismissed and Memorandum Opinion filed February 8, 2022.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-21-00641-CR

---

### ERIK RIVERA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 228th District Court
Harris County, Texas
Trial Court Cause No. 1431144**

---

### MEMORANDUM OPINION

Appellant was convicted of indecency with a child by exposure, pursuant to Texas Penal Code § 21.11(a)(2), on October 24, 2017. Appellant filed his notice of appeal on November 2, 2021, beyond the 30-day deadline to file the document. *See* Tex. R. App. P. 26.2(a)(1). Absent a timely-filed notice of appeal we lack jurisdiction over the appeal. In addition, the trial court's certification of appellant's right of appeal, which the defendant signed, states this is a plea-bargain case, and appellant has no right of appeal. *See* Tex. R. App. P. 25.2(d).

This court informed appellant of the jurisdictional issues created by his untimely notice of appeal and the information in the trial court's certification of his right of appeal and allowed appellant 21 days to respond.  Appellant has not filed a response. Accordingly, we dismiss this appeal for want of jurisdiction.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.

Do Not Publish — Tex. R. App. P. 47.2(b).